UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JOE E. TEAGUE, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ARTHUR L. GEPNER, BOBBY DETTMER, ) | 5:22-CV-436-BO-BM |
| CLINT BUCKLEY, ELLIE MUHR, KATARINA ) | |
| HARDING, and SETH WAGNER, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Decision by Court.

**IT IS ORDERED, ADJUDGED AND DECREED** that the M&R is ADOPTED in full and plaintiff's complaint [DE 6] is DISMISSED as frivolous and for failure to state a claim. Plaintiff's motion to move case forward [DE 4] is DENIED AS MOOT.

This case is closed.

**This judgment filed and entered on January 19, 2024, and served on:
Joe E. Teague, Jr. (via CM/ECF NEF)**

January 19, 2024

PETER A. MOORE, JR., CLERK

 /s/ Lindsay Stouch
By: Deputy Clerk